UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LITTLE CAESAR ENTERPRISES, INC., <br><br> Plaintiff, <br><br> v. <br><br> SAYED EL-BAYEH, WORCESTER CAESARS, INC., and CAESAR'S PIZZA II, INC, <br><br> Defendants. | Civil Action No. <br> 09-mc-40017-FDS |

## ORDER ON MOTION FOR CONTEMPT

**SAYLOR, J.**

For the reasons stated in open court, plaintiff's motion for contempt is GRANTED in part. The Court finds that defendants are in contempt of the May 27, 2009 order issued by the United States District Court for the Eastern District of Michigan, Case No. 09-10140. The Court finds that defendants' use of the mark "Caesars" is a colorable imitation of the proprietary mark "Little Caesar," and that such use has caused and is likely to cause confusion and mistake or to deceive as to the affiliation, connection, or association of defendants with the services and products of plaintiff. Defendants are ordered to cease using the mark "Caesars" in connection with the restaurant or food service business no later than 5:00 PM on July 9, 2010.

For the reasons stated in open court, the motion is DENIED insofar as it seeks relief based upon the proprietary marks "HOT-N-READY" and "Crazy Bread."

**So Ordered.**

Dated: May 24, 2010

/s/ F. Dennis Saylor
F. Dennis Saylor IV
United States District Judge